Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NOS.: 3:08cr21/MCR/EMT
  3:20cv6009/MCR/EMT

JAVIER AYALA

_____/

## O R D E R

The chief magistrate judge issued a Report and Recommendation on December 22, 2020.  ECF No. 178.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation, ECF No. 178, is adopted and incorporated by reference in this Order.

2. Ayala's Letter, construed as a "Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody," ECF No. 177, is summarily **DENIED and DISMISSED without prejudice**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 1st day of February 2021.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:08cr21/MCR/EMT; 3:20cv6009/MCR/EMT